Case 2:18-mc-00222-WHW   Document 5   Filed 08/14/18   Page 1 of 1 PageID: 37

NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HILLSBOROUGH TITLE, INC., | |
| Plaintiff, | **ORDER** |
| v. | No. 18-mc-222 (WHW) |
| SAMORA CONSTRUCTION LLC, PEARL & SAMORA LLC, JPMORGAN CHASE BANK, N.A., PATTERSON INVESTMENT GROUP LLC, CMJ REALTY LLC, SAMORA PATTERSON, | |
| Defendant. | |

**Walls, Senior District Judge**

Defendant JPMorgan Chase Bank, N.A. ("Chase") requests an order directing the Clerk to amend the judgment docket, and any related records, to exclude Chase, because Chase was excluded from the final judgment docketed in the Middle District of Florida, Civ. No. 15-1172, which Plaintiff Hillsborough Title, Inc. docketed in this registration of a foreign judgment.

Chase's request is **GRANTED** and the Clerk is directed to amend the judgment docket to remove Defendant Chase.

WILLIAM H. WALLS
Senior United States District Judge

14 August 2018